JOHN WASHBURN, Respondent, v. DANIEL EATON, Appellant.

1. Judgment affirmed for want of assignment of errors, statement, or brief.

*Appeal from St. Louis Circuit Court.*

*N. A. Mortell,* for respondent.

*James B. Goff,* for appellant.

WAGNER, Judge, delivered the opinion of the court.

In this case there is no assignment of errors, statement, or brief.

The judgment will therefore be affirmed. The other judges concur.